1  CHRISTOPHER R. RODRIGUEZ (SB# 212274)
   *crodriguez@singletonschreiber.com*
2  ANDREW D. BLUTH (SB# 232387)
   *abluth@singletonschreiber.com*
3  JOHN R. TERNIEDEN (SB# 330343)
   *jternieden@singletonschreiber.com*
4  **SINGLETON SCHREIBER, LLP**
   1414 K Street, Suite 470
5  Sacramento, California 95814
   Telephone: (916) 248-8478
6  Facsimile: (619) 255-1515

7  DAVID GREIFINGER, (SB# 105242)
   *tracklaw@me.com*
8  **LAW OFFICES OF DAVID R. GREIFINGER**
   14016 Bora Bora Way, No. 208
9  Marina del Rey, CA 90292
   Telephone: (310) 437-0728
10 Facsimile: (831) 920-4864

11 *Attorneys for Plaintiffs and the Putative Class*

12            **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
13

14 GRACE PROUDFOOT, an individual; STUART          Case No. 2:25-cv-09115-JFW-PVCx
   L. OKEN, an individual; LAURA L. WOZNIAK,
15 an individual; and RACHEL GROSSMAN, an
   individual; on behalf of themselves and all others
16 similarly situated,                             **ORDER GRANTING STIPULATION**
                                                   **TO EXTEND TIME**
17         Plaintiffs,
                                                   Current hearing date: February 2, 2026
18 vs.                                             Proposed hearing date: February 23, 2026
                                                   Time:  1:30 p.m.
19 NISSAN NORTH AMERICA, INC., a Delaware          Courtroom:    7A
   corporation; and DOES 1-10, inclusive,          Judge:    Hon. John F. Walker
20
           Defendants.
21         Having fully considered the Stipulation To Extend Time, and upon good cause appearing,

22 IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss, filed on January

23 2, 2026, be continued from February 2, 2026 to February 23, 2026 at 1:30 p.m.; that the deadline

24 for the Plaintiffs to file their Opposition to Defendant's Motion to Dismiss be extended to January

25 26, 2026; that Defendant's deadline to file a reply be extended to February 9, 2026; and that both

26 parties' deadline to file a Proposed Statement of Decision is moved to February 11, 2026.

27         **IT IS SO ORDERED.**

28 Dated: January 8, 2026

                                        *[signature]*
                                        Hon. John F. Walter, U.S. District Judge

─────────────────────────────────────────────
              ORDER GRANTING STIPULATION TO EXTEND TIME