NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GRACE PROUDFOOT, an individual; PAUL MERRITT, an individual; ALEXIS MURRAY-FORBES, an individual; and JENNIFER HOGAN, an individual; LAURA GOLDBERGER, an individual; and JONA ANDREWS-STOCKER, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC., a Delaware corporation,

Defendants.

Case No. 2:25-CV-09115 JFW(PVCx)

**FINAL JUDGMENT**

Judge:   Hon. John F. Walter
Complaint filed:   September 24, 2025
SAC filed:   January 30, 2026

## FINAL JUDGMENT

Having granted Defendant Nissan North America, Inc.'s ("Defendant") Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. Nos. 47, 48),

**THE COURT HEREBY ORDERS, ADJUDGES, and DECREES** that:

1.     Judgment is hereby entered in favor of Defendant against Plaintiffs Grace Proudfoot, Paul Merritt, Alexis Murray-Forbes, Jennifer Hogan, Laura

FINAL JUDGMENT

Goldberger, and Jona Andrews-Stocker (collectively, "Plaintiffs") on all of Plaintiffs' claims in Plaintiffs' Second Amended Complaint.

2. Plaintiffs' Second Amended Complaint (Dkt. No. 33) in the above-captioned action is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice** in its entirety.

3. Plaintiffs take nothing by way of their Second Amended Complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: May 11, 2026

Honorable John F. Walter
United States District Judge